**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie S. Smagler<br>　　　　　Debtor(s) | BKY. NO. 16-00036 JJT<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Throu, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6659

                                                  Respectfully submitted,

                                                  **/s/ Thomas Puleo**
                                                  Thomas Puleo, Esquire
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 825-6306  FAX (215) 825-6406
                                                  Attorney for Movant/Applicant