# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Stephanie S. Smagler aka Stephanie Suzanne Smagler, aka Stephanie Smagler, fdba Bossed Up Management** | **BK NO. 16-00036 JJT** |
| Debtor(s) | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to Lasalle Bank National Assocaition, as Trustee and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              412-430-3594