IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE S. SMAGLER, | : | |
| a/k/a STEPHANIE SUZANNE SMAGLER, | : | CASE NO. 5:16-00036 |
| a/k/a STEPHANIE SMAGLER, | : | |
| f/d/b/a BOSSED UP MANAGEMENT, | : | |
|     DEBTOR | : | |

PRAECIPE TO WITHDRAW MOTION

TO THE CLERK:

Kindly withdraw the Motion to Amend Chapter 13 Plan After Confirmation, Docket #49, that I filed on June 25, 2018.

**DATED**: June 26, 2018

                                                     /s/ Vincent Rubino
                                                   Vincent Rubino, Esq.
                                                   Attorney ID #49628
                                                   Attorney for Debtor