```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 16-00036-RNO
Stephanie S. Smagler                                                      Chapter 13
          Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke             Page 1 of 2             Date Rcvd: Feb 18, 2020
                              Form ID: 3180W              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db             +Stephanie S. Smagler,    26 Independence Road,    East Stroudsburg, PA 18301-9500
aty            +Kevin A Hardy,    PO Box 818,    Stroudsburg, PA 18360-0818
cr             +Blue Mountain Lake Club,    %Kevin Hardy, Esquire,    PO Box 818,    Stroudsburg, PA 18360-0818
4738892        +ALVIN & KRISTIN JENNINGS,    1271 MIMOSA COURT,    MARCO ISLAND, FL 34145-5815
4787502        +Alexander K. Lee,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
4738894        +BLUE MOUNTAIN LAKE CLUB,    121 POCAHONTAS ROAD,    EAST STROUDSBURG, PA 18301-8129
4738895         BLUE RIDGE COMMUNICATIONS,    PO BOX 316,    PALMERTON, PA 18071-0316
4743951        +Blue Mountain Lake Club,    %Kevin A. Hardy, Esquire,    PO Box 818,    Stroudsburg, PA 18360-0818
4743950        +Blue Mountain Lake Clue,    % Kevin A. Hardy, Esquire,    PO Box 818,
                 Stroudsburg, PA 18360-0818
4758939        +EMERGENCY PHY ASSOC OF PA,PC,    6681 Country Club Drive,    Golden Valley, MN 55427-4601
4738898         KEVIN HARDY ESQ,    PO BOX 81818360,    STROUDSBURG, PA 18360
4738899        +KINGS COUNTY CLERK,    CIVIL COURT,    360 ADAMS STREET,    BROOKLYN, NY 11201-3707
4738900        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4738901         NYCERS,    340 J STREET,    BROOKLYN, NY 11201
4798533         New York State Dept. of Tax & Finance,    Bankruptcy Section,    P O Box  5300,
                 Albany, NY 12205-0300
4738903        +PAYPAL CREDIT,    2420 SWEET HOME ROAD,    SUITE 150,    AMHERST, NY 14228-2244
4738904        +RENT-A-CENTER,    156 EAGLES GLENN PLAZA,    EAST STROUDSBURG, PA 18301-1350
4738905        +STATE OF NY,    C/O ALBANY COUNTY CLERK,    32 N RUSSELL RD,    ALBANY, NY 12206-1306
4738907        +U.S. BANK NATIONAL ASSOCIATION,    C/O NATIONSTAR BANK,    350 HIGHLAND AVENUE,
                 LEWISVILLE, TX 75067-4488
4787655        +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
4787198        +U.S. Bank National Association, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4738891        +EDI: AAEO.COM Feb 19 2020 00:53:00     AARON’S RENTALS,    353 MAIN STREET,
                 STROUDSBURG, PA 18360-2402
4738893         EDI: PHINAMERI.COM Feb 19 2020 00:53:00     AMERICREDIT FINANCIAL SERVICES,    801 CHERRY STREET,
                 FORT WORTH, TX 76102
4745201        +EDI: PHINAMERI.COM Feb 19 2020 00:53:00     AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
4738896        +E-mail/Text: bknotice@ercbpo.com Feb 18 2020 19:52:21     ENHANCED RECOVERY CORP,
                 PO BOX 57547,    JACKSONVILLE, FL 32241-7547
4738897        +EDI: PHINAMERI.COM Feb 19 2020 00:53:00     GM FINANCIAL,    PO BOX 181145,
                 ARLINGTON, TX 76096-1145
4796611        +EDI: IRS.COM Feb 19 2020 00:53:00     Internal Revenue Service,    P O BOX 7346,
                 Philadelphia PA 19101-7346
4785962         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 19:54:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4738902        +E-mail/Text: csc.bankruptcy@amwater.com Feb 18 2020 19:52:33     PA AMERICAN WATER,
                 PO BOX 578,    ALTON, IL 62002-0578
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4747944*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4738906       ##+Tamiko Kettrles,    5168 Hilltop Circle,    East Stroudsburg, PA 18301-9371
                                                                              TOTALS: 1, * 2, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Stephanie S. Smagler zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor    First Franklin Mortgage Loan Trust et al ...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for First F tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Stephanie S. Smagler
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                                  TOTAL: 8
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Stephanie S. Smagler (First Name Middle Name Last Name) | Social Security number or ITIN  xxx–xx–9305<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): First Name Middle Name Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  5:16–bk–00036–RNO | |

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Stephanie S. Smagler
> aka Stephanie Suzanne Smagler, aka Stephanie Smagler,
> fdba Bossed Up Management

**By the court:**

2/18/20

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**